No. 564. NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY *v.* UNITED STATES AND INTERSTATE COMMERCE COMMISSION. Appeal from the District Court of the United States for the Southern District of New York. Argued January 5, 1927. Decided January 10, 1927. *Per Curiam.* Affirmed on the authority of § 207 of the Judicial Code. *United States* v. *Illinois Central Railroad Co.*, 244 U. S. 82. *Mr. C. L. Andrus* for appellant. *Attorney General Sargent* and *Mr. Blackburn Esterline,* Assist. S. G., were on the brief for the United States, and

*Messrs. Patrick J. Farrell* and *Oliver E. Sweet* on that for the Interstate Commerce Commission.